# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140263(7)

IN RE CERTIFIED QUESTION FROM THE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN

_____

KAREN WAESCHLE,
      Plaintiff,

v

                              SC: 140263
                              US Dist: 08-10393

OAKLAND COUNTY MEDICAL EXAMINER,
and OAKLAND COUNTY,
      Defendants.

_____

      On order of the Chief Justice, the motion for temporary admission to practice of Patrick J. Perotti and John H. Metz is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2010 _____      _____
                                                   Clerk